# In the United States Court of Federal Claims

No. 11-482 C

**TPL, INC.**

                                                    **JUDGMENT**

v.

**THE UNITED STATES**

      Pursuant to the court's Opinion and Order, filed September 16, 2014, granting defendant's motion for summary judgment,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant in the amount of $11,887,509.72, plus interest, calculated pursuant to section 1709 of the Contract Disputes Act.

                                                    Hazel C. Keahey
                                                    Clerk of Court

**September 17, 2014**                    By:    s/ Debra L. Samler

                                                    Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.